**DISMISS and Opinion Filed June 21, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00175-CV**

**UCHECHI AMUNEKE-NZE, Appellant**

**V.**

**MELONEY PERRY AND SHANE WHEELER, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-13842**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Smith

On March 1, 2023, we sent a letter to the parties questioning our jurisdiction and requested jurisdictional briefing by March 13, 2023. In our letter, we warned appellant that the appeal was subject to dismissal without further notice should appellant fail to file the requested letter brief. To date, appellant has not filed the requested letter brief.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).


/Craig Smith/
CRAIG SMITH
JUSTICE


230175F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

UCHECHI AMUNEKE-NZE,
Appellant

No. 05-23-00175-CV V.

MELONEY PERRY AND SHANE
WHEELER, Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-13842.
Opinion delivered by Justice Smith.
Justices Molberg and Carlyle
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered June 21, 2023